IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY S. HARNDEN,

         Petitioner,

vs.

CALIFORNIA CDC,

         Respondent.

No. C 08-2229 WHA (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner currently incarcerated at Corcoran State Prison, has filed a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See, e.g., Harnden v. Scott*, 00-4221 MJJ (PR) (N.D. Cal.). A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is **DISMISSED** without prejudice to refiling if petitioner obtains the necessary order.

Petitioner's motion for leave to proceed in forma pauperis (document 3) is **GRANTED**. His motion for counsel (document 4) is **DENIED** as moot. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May   30  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\HARNDEN2229.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S HARNDEN,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA CDC et al,<br><br>        Defendant. | Case Number: CV08-02229 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey S. Harnden
H-31120/ 4A3R-28
Corcoran State Prison
PO Box 3476
Corcoran, CA 93212

Dated: June 2, 2008

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk