**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. HARNDEN, | No. C 08-2229 WHA (PR) |
|     Petitioner, | **JUDGMENT** |
| vs. | |
| CALIFORNIA CDC, | |
|     Respondent. | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: May   30  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\HARNDEN2229.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

J EFFREY S HARNDEN,

        Plaintiff,

  v.

CALIFORNIA CDC et al,

        Defendant.

Case Number: CV08-02229 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey S. Harnden
H-31120/ 4A3R-28
Corcoran State Prison
PO Box 3476
Corcoran, CA 93212

Dated: June 2, 2008

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk