United States District Court for north America (Cali) with

Anarchist Judge:
Judge Jeff S. Harnden
H31120 4A3e-29
PO Box 3476 Corcoran Ca
93212

CV 08 - 02229 WHA

Petition for Rehearing Frcp 60
Petition for Reconsideration 59 Frcp
FRAP 40

ORIGINAL FILED
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Cheif anarchist Judge!   Terrorist for the peoples court filed
2  Habeas Corpus under 28 USC 2241   not 28 USC 2254
3  Therefore 28 USC 1254 does not apply.
4  Therefore 28 USC 2244 does not apply to petitions under
5  28 USC § 2241.
6  Note D.N.A is pending. Terrorist for the peoples court
7  notifys all Judges who Delay or Deny Justice to the innocent
8  that PC 1170. a.d 667 will apply to any Judge who Delays
9  or Denys Justice  Such a Coward will Stand trial
10 where as C-004221 MJJ. Denial of Fair Jury trial.
11 Denial of legal mail. will also Be Denied.
12 Any Judge who Delays or Denys Justice on any motion
13 Qualifys for upper term Concecutive Sentencing If you
14 Delay or Deny Justice to the innocent
15 Head petition Dumb ASS ; 28 USC 2241 has no
16 Bearing on 28 USC 2254 or 28 USC 2244.
17 Read pavipord V Reno 225 F3d 1100 (Cal 9 Ca 2000)
18 Besides. petition is not a Second or a Sucessive petition
19 Because in 28 USC 2254 C-004221 MJJ a Coward terrorist
20 Judge alledged mail intrusion was not Exhausted.
21 Clearly your mistake. and as Such is not a Second or Sucessive
22 petition. (your) mistakes is Ground for Reconsideration
   under penalty of perjury all I say is true.
23
24     original                                    6/17/08