**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 08-02229 WHA</u>**

**CASE TITLE: <u>J EFFREY S HARNDEN-v-CALIFORNIA CDC</u>**

Dear Sir/Madam:

 Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

 Please acknowledge receipt and return to this office.

Dated: July 15, 2008           Sincerely,

                  RICHARD W. WIEKING, Clerk

                  *Susan Imbriani* (signature)

                  by: <u>Susan Imbriani</u>
                  Case Systems Administrator

Enclosures: