FILED

AUG 12 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: JEFFREY S. HARNDEN,<br><br>Respondent. | No. 06-80098<br><br>DC# CV-08-2229-WHA<br>Northern California<br><br>ORDER |

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed June 20, 2008 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

A copy of this order served on the district court for the Northern District of California shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

SVG/Pro Se