**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

August 14, 2008

CASE NUMBER:   **CV 08-02229 WHA**
CASE TITLE:   **J EFFREY S HARNDEN -v- CALIFORNIA CDC**
DATE MANDATE FILED:   08/13/08

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                Sincerely,

                                RICHARD W. WIEKING, Clerk

                                by: Susan Imbriani
                                Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16